JOSEPH ROBINSON, Respondent, v. CRESCENT TALKING MACHINE COMPANY, INC., Appellant.— Judgment and order reversed and new trial ordered, with costs to appellant to abide event, on the ground that the verdict is against the weight of evidence. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM E. DAVIES, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.

RAY KESSLER, Appellant, v. JOSEPH EDELSTEIN and Others, Respondents. — Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.

ARSHAG ANOOSHIAN, Respondent, v. STUDEBAKER CORPORATION OF AMERICA, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. .J., Laughlin, Smith, Page and Merrell, JJ.

ESTHER SIEGEL, Appellant, v. COMET AMUSEMENT CORPORATION and Another, Respondents.— Judgment and order reversed and new trial ordered, with costs to appellant to abide event, upon the ground of inadequacy. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.

JACK GOLDSTON, Respondent, v. RUDOLPH SAENGER COMPANY, INC., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.

CLAUDE W. CARLSTROM, Respondent, v. MARDEN, ORTH & HASTINGS COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.

KALMAN KALSTEIN, Respondent, v. CHESTER A. BRAMAN, Appellant, Copartner with Others, Copartners Trading under Name and Style of A. D. JUILLARD & Co., Defendants.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.

ISAAC BODENSTEIN, Appellant, v. MORRIS OPPENHEIM, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.; Clarke, P. J., dissented.

FRANZ SCHUETZ, Respondent, v. BERTHA DOHM, Appellant.— Judgment and order reversed and new trial ordered, with costs to appellant to abide event, on the ground that the defendant is not shown to be guilty of negligence. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.

MARIE SCHUETZ, Respondent, v. BERTHA DOHM, Appellant.— Judgment and order reversed and new trial ordered, with costs to appellant to abide event, on the ground that the defendant is not shown to be guilty of negligence. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.

SAMUEL SOLOMOVITZ, an Infant, by RACHEL SOLOMOVITZ, His Guardian